UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MANDEEP SINGH KOONER, individually and d/b/a People's Pizza, <br><br> Defendant. | Case No. 1:12-cv-01842-AWI-JLT <br><br> ORDER DENYING MOTION FOR LEAVE TO FILE SURREPLY |

Plaintiff has filed a motion for leave to file surreply. The Court has considered Plaintiff's motion for judgment on the pleadings, along with all documents filed in the case and relevant authority. The Court does not find that a surreply is necessary. An order on the motion for judgment on the pleadings will be issued in due course.

Plaintiff's motion for leave to file a surreply is DENIED.

IT IS SO ORDERED.

Dated:  November 7, 2013                           _____
                                                                              SENIOR  DISTRICT  JUDGE

-1-
ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY - Case No. 1:12-cv-01842-AWI-JLT - (Proposed)