# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | Case No.: 1:12-cv-01842 - AWI - JLT |
| ) | |
| Plaintiff, ) | ORDER DISCHARGING THE ORDER TO SHOW |
| ) | CAUSE ISSUED FEBRUARY 5, 2014 |
| v. ) | |
| MANDEEP SINGH KOONER, ) | |
| ) | |
| Defendant. ) | |

On February 5, 2014, the Court issued an order directing Plaintiff to show cause why the action should not be dismissed, or in the alternative to file a notice of settlement in light of the information provided by Defendant that the action had settled in principle.  (Doc. 24.)  On February 10, 2014, Plaintiff filed a response to the Court's order, reporting that the parties "did ***not*** reach a settlement in the instant action." (Doc. 25, emphasis in original.) According, the Court's order to show cause issued February 5, 2014 (Doc. 24) is **DISCHARGED**.[1]

IT IS SO ORDERED.

Dated:    **February 11, 2014**          /s/ Jennifer L. Thurston
                                UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff has requested that this matter be re-opened in light of the settlement failure. (Doc. 25) However, there is no need for this because the matter was never closed.  Indeed, as no dates were vacated, the case schedule remains active.

1