UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | Case No.: 1:12-cv-01842 - AWI - JLT |
| Plaintiff, | ) ) | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) | (Doc. 27) |
| MANDEEP SINGH KOONER, | ) ) | |
| Defendant. | ) | |

On February 19, 2014, Plaintiff filed a notice that the matter has settled   (Doc. 27) Therefore, the Court ORDERS:

1. No later than March 21, 2014, Plaintiff SHALL file a request for dismissal of the action with prejudice;

2. All pending dates, motions, conferences and hearings, including the trial, are **VACATED** and all pending motions are **TERMINATED**.

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:   **February 21, 2014**              **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE

1