1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    EASTERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,**<br><br>       **Plaintiff**<br><br>   **v.**<br><br>**MANDEEP SINGH KOONER,**<br><br>       **Defendant** | **CASE NO. 1:12-CV-1842 AWI JLT**<br><br>**ORDER CLOSING CASE IN LIGHT OF STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br> (Doc. No. 29) |

   On March 21, 2014, and following the filing of a notice of settlement, the parties filed a stipulation for dismissal of this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  See Doc. No. 121.  The notice is signed by all parties.

   Rule 41(a)(1), in relevant part, reads:

   (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

   As the parties have filed a stipulation for dismissal of this case without prejudice under Rule 41(a)(1), this case has terminated.  See id.

1  Therefore, IT IS HEREBY ORDERED that all pending dates are VACATED and the
2  Clerk shall CLOSE this case in light of the filed and properly signed Rule 41(a)(1) Stipulation Of
3  Dismissal Without Prejudice.

6  IT IS SO ORDERED.

7  Dated:   March 24, 2014
8                             SENIOR  DISTRICT  JUDGE