Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., | CASE NO. 1:12-cv-01842-AWI-JLT |
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MANDEEP SINGH KOONER, individually and d/b/a PEOPLE'S PIZZA |
| vs. | |
| Mandeep Singh Kooner, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant MANDEEP SINGH KOONER, individually and d/b/a PEOPLE'S PIZZA, that the above-entitled action is hereby dismissed **with prejudice** against MANDEEP SINGH KOONER, individually and d/b/a PEOPLE'S PIZZA.

///

///

///

///

///

**STIPULATION OF DISMISSAL**
Case No.1:12-cv-01842-AWI-JLT
 PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: June 5, 2014      *s/Thomas P. Riley*
                         **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                         By:  Thomas P. Riley
                         Attorneys for Plaintiff
                         J & J SPORTS PRODUCTIONS, INC.

Dated: June 5, 2014      *s/Matthew A. Pare*
                         **LAW OFFICES OF MATTHEW PARE, APC**
                         By: Matthew A. Pare
                         Attorneys for Defendant
                         MANDEEP SINGH KOONER, individually and d/b/a
                         PEOPLE'S PIZZA

IT IS SO ORDERED.

Dated:   June 5, 2014                    _____
                                         SENIOR  DISTRICT  JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL
Case No.1:12-cv-01842-AWI-JLT
PAGE 3